THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* VINCENT WALSH, Appellant.

(Argued October 8, 1934; decided November 20, 1934.)

*John A. Bolles* and *James D. Froelich* for appellant.

*William Copeland Didge*, District Attorney (*Philip A. Donahue* and *Felix C. Benvenga* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.